THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington Municipal Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 2:20-cv-01190-RSM<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff King County and Defendant Federal Insurance Company, by and through their undersigned attorneys, hereby stipulate and agree that said Defendant is granted until September 21, 2020 to answer or otherwise respond to the Complaint.

DATED this 27th day of August, 2020.

Respectfully submitted,

KARR TUTTLE CAMPBELL

By: _/s/ Jacquelyn A. Beatty_
    Jacquelyn A. Beatty, WSBA No. 17567
    701 Fifth Avenue, Suite 3300
    Seattle, Washington 98104
    Phone: (206) 223-1313
    Fax: (206) 682-7100
    Email: jbeatty@karrtuttle.com
*Attorneys for Plaintiff King County*

Respectfully submitted,

COZEN O'CONNOR

By: _/s/ Jonathan Toren_
    Jonathan Toren, WSBA No. 46896
    999 Third Avenue, Suite 1900
    Seattle, Washington 98104
    Telephone: 206.340.1000
    Facsimile: 206.621.8783
    E-mail: jtoren@cozen.com
*Attorneys for Defendant Federal Insurance Company*

STIPULATION AND PROPOSED ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT - 1
CASE NO.: 2:20-CV-01190-RSM

LEGAL\48030160\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

**ORDER**

As Plaintiff and Defendant have stipulated and agreed to an extension of twenty (20) days for said defendant to file and serve a response to the Complaint in this action, it is hereby

ORDERED AND ADJUDGED that said extension is hereby granted. Defendant Federal Insurance Company shall file and serve a response to the Complaint on or before September 21, 2020.

DONE AND ORDERED this 31st day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT - 2
CASE NO.: 2:20-CV-01190-RSM

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\48030160\1

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 27th day of August, 2020.

COZEN O'CONNOR

By: */s/ Bonnie L. Buckner*
Bonnie L. Buckner, Legal Secretary
999 Third Avenue, Suite 1900
Seattle, Washington  98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
Email: bbuckner@cozen.com

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 3
CASE NO.: 2:20-CV-01190-RSM

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\48030160\1